A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jun 02, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 18, 2010**

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**FILED**

JUN - 9 2010

**CONDITIONAL TRANSFER ORDER (CTO-25)**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 432 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 02, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
Deputy Clerk
Date 6/9/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                MDL No. 2100

## SCHEDULE CTO-25 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3  10-1988        Shandale Gordon v. Bayer Corp., et al. 10-20307-DRH-PMF
  CAN 3  10-1989        Sheila Cline v. McKesson Corp., et al. 10-20309-DRH-PMF
  CAN 4  10-1827        Charlene Williams v. McKesson Corp., et al. 10-20310-DRH-PMF

NEW JERSEY
  NJ  2  10-2135        Kristie Nelson v. Bayer Corp., et al. 10-20319-DRH-PMF
  NJ  2  10-2136        Angel Courtney v. Bayer Corp., et al. 10-20320-DRH-PMF
  NJ  2  10-2137        Megan Pessin, et al. v. Bayer Corp., et al. 10-20321-DRH-PMF
  NJ  2  10-2138        Lorna Murray, et al. v. Bayer Corp., et al. 10-20322-DRH-PMF
  NJ  2  10-2224        Taryn Cudlitz v. Bayer Corp., et al. 10-20323-DRH-PMF

NEW YORK EASTERN
  NYE  2  10-295        Sally K. Wheeler, et al v. Bayer Corp., et al. 10-20324-DRH-PMF

NEW YORK SOUTHERN
  NYS  1  09-10381      Bonnie Benson v. Bayer Corp., et al. 10-20325-DRH-PMF
  NYS  1  10-1656       Antonietta Morelli v. Bayer Healthcare Pharmaceuticals, Inc., et al. 10-20326-DRH-PMF
  NYS  1  10-3095       Katherine Mayo v. Bayer Healthcare Pharmaceuticals, Inc., et al. 10-20327-DRH-PMF
  NYS  1  10-3375       Jasmine Allen v. Bayer Healthcare Pharmaceuticals, Inc., et al. 10-20328-DRH-PMF

TENNESSEE MIDDLE
  TNM 3  10-427        Joni Heady v. Bayer Healthcare Pharmaceuticals, Inc., et al. 10-20329-DRH-PMF

TENNESSEE WESTERN
  TNW 2  10-2323       Samantha Hess-Coker v. Bayer Healthcare Pharmaceuticals, Inc., 10-20330-DRH-PMF
                et al.